THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* FRANK EARLY, Petitioner-Appellant.

(No. 56790; )

First District (3rd Division)—December 13, 1973.

Opinion by Mr. JUSTICE McGLOON.

Ernest T. Rossiello, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, John M. Cutrone, and Albert Rosendahl, Assistant State's Attorneys, of counsel), for the People.